# EXHIBIT A

# ALABAMA SJIS CASE DETAIL


alacourt.com

**PREPARED FOR: GEORGE IRVINE**

County: **05**     Case Number: **CV-2022-900276.00**     Court Action:

Style: **CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.**

`Real Time`

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **05-BALDWIN** | Case Number: | **CV-2022-900276.00** | Judge: | **SPT:SCOTT P. TAYLOR** |
| Style: | **CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.** | | | | |
| Filed: | **03/21/2022** | Case Status: | **ACTIVE** | Case Type: | **CONTRACT/EJMNT/SEIZU** |
| Trial Type: | **BENCH** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **1** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **04/06/2022** | Updated By: | **CHW** |

## Settings

### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | **09/13/2022** | **001** | **02:00 PM** | **PTRC - PRETRIAL CONFERENCE** |

## Parties

### Party 1 - Plaintiff BUSINESS - CLAREMONT PROPERTY COMPANY

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **CLAREMONT PROPERTY COMPANY** | Type: | **B-BUSINESS** |
| Index: | **D ISLAND TOWER** | Alt Name: | | Hardship: **No** | JID: **SPT** |
| Address 1: | **C/O JACK P. RUSSELL** | | | Phone: | **(205) 324-4400** |
| Address 2: | **1801 5TH AVE N, STE 400** | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: **35203-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | | Reissue Type: | |
| Return: | Return Type: | Return: | | Return Type: | |
| Served: | Service Type | Service On: | | Notice of No Answer: Served By: | |
| Answer: | Answer Type: | Notice of No Service: | | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 2 - Defendant BUSINESS - ISLAND TOWER OWNERS ASSOCIATION INC.

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **ISLAND TOWER OWNERS ASSOCIATION INC.** | Type: | **B-BUSINESS** |
| Index: | **C CLAREMONT PR** | Alt Name: | | Hardship: **No** | JID: **SPT** |
| Address 1: | **GEORGE IRVINE, AS COUNSEL** | | | Phone: | **(334) 000-0000** |
| Address 2: | **8820 US HWY 90** | | | | |
| City: | **DAPHNE** | State: | **AL** | Zip: **36526-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **03/21/2022** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: **05/02/2022** | Reissue Type: **F-CERTIFIED MAIL BY FILER** |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | **03/25/2022** | Service Type | **C-CERTIFIED MAIL** | Service On: | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 3/21/2022 | 2:35 PM | ECOMP | COMPLAINT E-FILED. | RUS045 |
| 3/21/2022 | 2:36 PM | FILE | FILED THIS DATE: 03/21/2022     (AV01) | AJA |
| 3/21/2022 | 2:36 PM | EORD | E-ORDER FLAG SET TO "Y"     (AV01) | AJA |
| 3/21/2022 | 2:36 PM | ASSJ | ASSIGNED TO JUDGE: SCOTT TAYLOR     (AV01) | AJA |
| 3/21/2022 | 2:36 PM | SCAN | CASE SCANNED STATUS SET TO: N     (AV01) | AJA |
| 3/21/2022 | 2:36 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED     (AV01) | AJA |
| 3/21/2022 | 2:36 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE     (AV01) | AJA |
| 3/21/2022 | 2:36 PM | ORIG | ORIGIN: INITIAL FILING     (AV01) | AJA |
| 3/21/2022 | 2:36 PM | C001 | C001 PARTY ADDED: CLAREMONT PROPERTY COMPANY(AV02) | AJA |
| 3/21/2022 | 2:36 PM | C001 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 3/21/2022 | 2:36 PM | C001 | C001 E-ORDER FLAG SET TO "Y"     (AV02) | AJA |
| 3/21/2022 | 2:36 PM | C001 | LISTED AS ATTORNEY FOR C001: RUSSELL JACK PERSHIN | AJA |
| 3/21/2022 | 2:36 PM | D001 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 3/21/2022 | 2:36 PM | D001 | D001 E-ORDER FLAG SET TO "Y"     (AV02) | AJA |
| 3/21/2022 | 2:36 PM | D001 | CERTIFIED MAI ISSUED: 03/21/2022 TO D001     (AV02) | AJA |
| 3/21/2022 | 2:36 PM | D001 | D001 PARTY ADDED: ISLAND TOWER OWNERS ASSOCIATION | AJA |
| 3/21/2022 | 2:36 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE     (AV02) | AJA |
| 3/25/2022 | 12:25 PM | ESERC | SERVICE RETURN - D001 - COMPLAINT | |
| 3/25/2022 | 12:25 PM | D001 | SERVICE OF CERTIFIED MAI ON 03/25/2022 FOR D001 | AJA |
| 4/6/2022 | 10:49 AM | JEORDE | ORDER E-FILED - ORDER - PRETRIAL CONFERENCE - RENDERED & ENTERED: 4/6/2022 10:49:21 AM | |
| 4/6/2022 | 12:13 PM | DAT4 | FOR: PRETRIAL CONFERENCE  ON 09/13/2022 @ 0200P | CHW |
| 5/2/2022 | 3:09 PM | EALIA | ALIAS SUMMONS E-FILED | RUS045 |
| 5/2/2022 | 3:10 PM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 5/2/2022 | 3:10 PM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 5/2/2022 | 3:10 PM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | |
| 5/2/2022 | 3:10 PM | D001 | D001 ADDR1 CHANGED FROM: P.O. BOX 851     (AV02) | AJA |
| 5/2/2022 | 3:10 PM | D001 | D001 ADDR CITY CHANGED FROM: GULF SHORES   (AV02) | AJA |
| 5/2/2022 | 3:10 PM | D001 | REISSUE OF CERT MAIL-FI ON 05/02/2022 FOR D001 | AJA |



**END OF THE REPORT**

ELECTRONICALLY FILED
3/21/2022 2:35 PM
05-CV-2022-900276.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca<br>05<br><br>Date of Filing:<br>03/21/2022 | | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA
### CLAREMONT PROPERTY COMPANY v. ISLAND TOWER OWNERS ASSOCIATION INC.

**First Plaintiff:** ☑ Business  ☐ Individual  **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:  F** ☑ **INITIAL FILING**    **A** ☐ **APPEAL FROM DISTRICT COURT**    **O** ☐ **OTHER**

**R** ☐ **REMANDED**    **T** ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

| RUS045 | 3/21/2022 2:35:50 PM | /s/ JACK P RUSSELL |
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**    ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**    ☐ YES ☐ NO

ELECTRONICALLY FILED
3/21/2022 2:35 PM
05-CV-2022-900276.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| CLAREMONT PROPERTY COMPANY,    ) | |
|                   ) | |
|     PLAINTIFF,              ) | |
|                   ) | |
| v.                      ) | CIVIL ACTION NO._____ |

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CLAREMONT PROPERTY COMPANY, )
                     )
    PLAINTIFF,          )
                     )
v.                     )    CIVIL ACTION NO._____
                     )
ISLAND TOWER OWNERS ASSOCIATION, )
INC., and FICTITIOUS PARTIES A-D, being )
fictitious party Defendants, whose names are not )
known at this time, but which will be added )
when ascertained, and who are those persons )
firms, corporations, or other legal entities, )
which benefitted from the work performed by )
Plaintiff. Upon ascertaining the proper names )
and/or identities of the Fictitious Defendants, )
Plaintiff will seasonably amend the Complaint )
to identify the parties, )
                     )
DEFENDANTS. )

## COMPLAINT

**COMES NOW,** Plaintiff, Claremont Property Company, Inc., and files this Complaint against Defendants, Island Tower Owners Association, Inc. and Fictitious Parties A-D as follows:

### PARTIES

1.  Plaintiff, Claremont Property Company, Inc., is a Texas corporation authorized to transact business in Alabama. Plaintiff, among other specialties, restores and remediates properties that have experienced a water, fire, or other destructive event.

2.  Upon information and belief, Defendant, Island Tower Owners Association, Inc., is an Alabama non-profit corporation which is the owner's association of the Island Tower condominiums located at or near 521 W. Beach Blvd., Gulf Shores, Alabama ("Island Tower").

3.      Fictitious parties A through D are those entities that have benefited from the work performed by Plaintiff.

## JURISDICITON AND VENUE

4.      This Court has jurisdiction over this matter pursuant to Ala. Code § 12-12-30.

5.      The events, transactions, and occurrences forming the factual nexus and subject matter of Plaintiff's action against Defendants took place within Baldwin County, Alabama. Therefore, pursuant to Alabama Code § 6-3-7 (1975) venue is proper in the Circuit Court of Baldwin County, Alabama.

## FACTUAL ALLEGATIONS

6.      As background, Island Tower is a condominium complex located in Gulf Shores, Alabama.

7.      On or around November 20, 2020, Defendants contracted with Plaintiff to perform construction for the complex.

8.      Plaintiff's work on the Island Tower was extensive, including making repairs to Island Tower that suffered water and moisture damage. While making the repairs, Plaintiff also incurred expenses arising from the purchase of materials and employing labor.

9.      Upon completion of each stage of the work, Plaintiff provided invoices to Defendants. Defendants paid some, but not all of the invoices, for work performed from December 2021 to September 8, 2021.

10.     To date, Defendants have failed to pay the amounts due under the invoices.  A balance remains of $740,303.41 for work performed, which is now past due.

11.     Pursuant to the Contract, Plaintiff is entitled to attorneys' fees in any action to enforce the Contract.

## COUNT I

## BREACH OF CONTRACT

12.     Plaintiff adopts and incorporates all paragraphs of the Complaint by reference as if fully set forth herein.

13.     Defendants entered into a Contract with Plaintiff for the construction provided to Island Tower.

14.     Defendants owe Plaintiff for the work performed under the Contract.

15.     Defendants have breached the Contract by failing to pay for the services rendered under contract.

**WHEREFORE,** Plaintiff demands judgment against Defendants, inclusive of accrued interest, attorneys' fees and costs incurred in bringing this action, and for such further relief as this Court deems just and proper.

## COUNT II

## UNJUST ENRICHMENT/QUANTUM MERUIT

16.     Plaintiff adopts and incorporates all paragraphs of the Complaint by reference as if fully set forth herein.

17.     Plaintiff conferred a benefit upon Defendants by providing the contracted -for services to Defendants, which directly benefited the Defendants.

18.     Defendants appreciated, accepted, and retained the benefits Plaintiff conferred upon Defendants.

19.     It would be inequitable for Defendants to retain the benefits conferred by Plaintiff without paying fair value for the benefits conferred.

20.    Defendants therefore owe Plaintiff the value for the goods and services provided to Defendants for which Defendants have failed and/or refused to pay.

**WHEREFORE,** Plaintiff demands judgment against Defendants for the costs and expenses incurred in providing said benefits to Defendants and for its attorneys' fees and costs in pursuing this action as well as such further relief as this Court deems just and proper.

/s/ *Jack P. Russell*
JACK P. RUSSELL (RUS054)
PATRICK WARD (WAR080)
*Counsel for Plaintiff,*
*Claremont Property Company, Inc.*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue N, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jrussell@handfirm.com

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL:**

Island Tower Owners Association, Inc.
P.O. Box 851
Gulf Shores, Alabama 36547



AlaFile E-Notice

05-CV-2022-900276.00

To:   JACK P RUSSELL
      jrussell@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.
05-CV-2022-900276.00

The following complaint was FILED on 3/21/2022 2:35:37 PM

Notice Date:      3/21/2022 2:35:37 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

**USPS CERTIFIED MAIL**

|||||||||| BARCODE ||||||||||

**9236 0901 7301 4105 2200 0184 44**

*312 COURTHOUSE SQUARE*
*SUITE 10*
*BAY MINETTE, AL, 36507*

**05-CV-2022-900276.00**

**Restricted Delivery**

To: ISLAND TOWER OWNERS ASSOCIATION INC.
P.O. BOX 851
GULF SHORES, AL 36547

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

**CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.**
**05-CV-2022-900276.00**

The following complaint was FILED on 3/21/2022 2:35:37 PM

Notice Date:      3/21/2022 2:35:37 PM

**JODY L. WISE**
**CIRCUIT COURT CLERK**
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.wise@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2022-900276.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.**

**NOTICE TO:** ISLAND TOWER OWNERS ASSOCIATION INC., P.O. BOX 851, GULF SHORES, AL 36547

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JACK P RUSSELL ,

(Name(s) of Attorney(s))

WHOSE ADDRESS(ES) IS/ARE: 1801 5TH Avenue North, Ste. 400, BIRMINGHAM, AL 35203 .

(Address(es) of Plaintiff(s) or Attorney(s))

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CLAREMONT PROPERTY COMPANY
pursuant to the Alabama Rules of the Civil Procedure.

(Name(s))

03/21/2022                    /s/ JODY L. WISE                    By: _____

(Date)                         (Signature of Clerk)                         (Name)

☑ Certified Mail is hereby requested.          /s/ JACK P RUSSELL

(Plaintiff's/Attorney's Signature)

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

(Name of Person Served)                         (Name of County)

Alabama on _____.

(Date)

_____          _____          _____
(Type of Process Server)          (Server's Signature)          (Address of Server)

_____          _____
(Server's Printed Name)          (Phone Number of Server)

**UNITED STATES POSTAL SERVICE**

March 25, 2022

Dear Circuit Clerk:

| UJS Information |
|---|
| Case Number: 05-CV-2022-900276.00    Intended Recipient: |
| Document Type: Complaint            ISLAND TOWER OWNERS ASSOCIATION INC.  (D001) |
| Restricted Delivery Requested: Yes   P.O. BOX 851 |
|                                     GULF SHORES, AL 36547 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9236 0901 7301 4105 2200 0184 44**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | March 25, 2022, 11:21 am |
| **Location:** | GULF SHORES, AL 36542 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

05-CV-2022-900276.00

Judge: SCOTT P. TAYLOR

To:  RUSSELL JACK PERSHING
     jrussell@handarendall.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.
05-CV-2022-900276.00

The following matter was served on 3/25/2022

D001 ISLAND TOWER OWNERS ASSOCIATION INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2022-900276.00

Judge: SCOTT P. TAYLOR

To:  ISLAND TOWER OWNERS ASSOCIATION INC. (PRO SE)
P.O. BOX 851
GULF SHORES, AL, 36547-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.
05-CV-2022-900276.00

The following matter was served on 3/25/2022

D001 ISLAND TOWER OWNERS ASSOCIATION INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

ELECTRONICALLY FILED
4/6/2022 10:49 AM
05-CV-2022-900276.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| CLAREMONT PROPERTY COMPANY, Plaintiff, | ) ) ) |
| V. | ) Case No.:    CV-2022-900276.00 ) |
| ISLAND TOWER OWNERS ASSOCIATION INC., Defendant. | ) ) ) |

## ORDER

Case is set for Pretrial Conference SEPTEMBER 13, 2022 at 2:00 P.M. in Courtroom #1 of the Baldwin County Courthouse. This is a mandatory court appearance and no continuance will be granted. Any attorney of record in a case with incomplete discovery shall provide specific information concerning the anticipated completion date. Failure to appear shall be grounds for dismissal or entry of default.

In cases that are ready for trial, the parties may file a joint status report advising the Court of the length of time that it will take to try the case. Cases announcing ready will be placed on the first available trial docket or specially set.

**DONE this 6th day of April, 2022.**

**/s/ SCOTT P. TAYLOR**
**CIRCUIT JUDGE**



AlaFile E-Notice

05-CV-2022-900276.00

Judge: SCOTT P. TAYLOR

To:  RUSSELL JACK PERSHING
jrussell@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.
05-CV-2022-900276.00

The following matter was FILED on 4/6/2022 10:49:18 AM

Notice Date:     4/6/2022 10:49:18 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2022-900276.00

Judge: SCOTT P. TAYLOR

To:  ISLAND TOWER OWNERS ASSOCIATION INC. (PRO SE)
P.O. BOX 851
GULF SHORES, AL, 36547-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.
05-CV-2022-900276.00

The following matter was FILED on 4/6/2022 10:49:18 AM

Notice Date:     4/6/2022 10:49:18 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

ELECTRONICALLY FILED
5/2/2022 3:09 PM
05-CV-2022-900276.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>05<br><br>Date of Filing:<br>03/21/2022 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

**CLAREMONT PROPERTY COMPANY v. ISLAND TOWER OWNERS ASSOCIATION INC.**

**First Plaintiff:** ☑ Business ☐ Individual     **First Defendant:** ☑ Business ☐ Individual
              ☐ Government ☐ Other                            ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA  - Wrongful Death
- ☐ TONG  - Negligence: General
- ☐ TOMV  - Negligence: Motor Vehicle
- ☐ TOWA  - Wantonness
- ☐ TOPL  - Product Liability/AEMLD
- ☐ TOMM  - Malpractice-Medical
- ☐ TOLM  - Malpractice-Legal
- ☐ TOOM  - Malpractice-Other
- ☐ TBFM  - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX  - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☑ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ EPFA  - Elder Protection From Abuse
- ☐ QTLB  - Quiet Title Land Bank
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP  - Workers' Compensation
- ☐ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING          A ☐ APPEAL FROM<br>                                                           DISTRICT COURT          O ☐ OTHER

               R ☐ REMANDED          T ☐ TRANSFERRED FROM<br>                                                                OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**     ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
RUS045

3/21/2022 2:35:50 PM
Date

/s/ JACK P RUSSELL
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**     ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**     ☐ YES ☐ NO

ELECTRONICALLY FILED
3/21/2022 2:35 PM
05-CV-2022-900276.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAREMONT PROPERTY COMPANY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO._____ |
| | ) | |
| ISLAND TOWER OWNERS ASSOCIATION, | ) | |
| INC., and FICTITIOUS PARTIES A-D, being | ) | |
| fictitious party Defendants, whose names are not | ) | |
| known at this time, but which will be added | ) | |
| when ascertained, and who are those persons | ) | |
| firms, corporations, or other legal entities, | ) | |
| which benefitted from the work performed by | ) | |
| Plaintiff. Upon ascertaining the proper names | ) | |
| and/or identities of the Fictitious Defendants, | ) | |
| Plaintiff will seasonably amend the Complaint | ) | |
| to identify the parties, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## COMPLAINT

**COMES NOW,** Plaintiff, Claremont Property Company, Inc., and files this Complaint

against Defendants, Island Tower Owners Association, Inc. and Fictitious Parties A-D as follows:

### PARTIES

1.     Plaintiff, Claremont Property Company, Inc., is a Texas corporation authorized

to transact business in Alabama. Plaintiff, among other specialties, restores and remediates

properties that have experienced a water, fire, or other destructive event.

2.     Upon information and belief, Defendant, Island Tower Owners Association,

Inc., is an Alabama non-profit corporation which is the owner's association of the Island Tower

condominiums located at or near 521 W. Beach Blvd., Gulf Shores, Alabama ("Island

Tower").

1

3.       Fictitious parties A through D are those entities that have benefited from the work performed by Plaintiff.

## JURISDICITON AND VENUE

4.       This Court has jurisdiction over this matter pursuant to Ala. Code § 12-12-30.

5.       The events, transactions, and occurrences forming the factual nexus and subject matter of Plaintiff's action against Defendants took place within Baldwin County, Alabama. Therefore, pursuant to Alabama Code § 6-3-7 (1975) venue is proper in the Circuit Court of Baldwin County, Alabama.

## FACTUAL ALLEGATIONS

6.       As background, Island Tower is a condominium complex located in Gulf Shores, Alabama.

7.       On or around November 20, 2020, Defendants contracted with Plaintiff to perform construction for the complex.

8.       Plaintiff's work on the Island Tower was extensive, including making repairs to Island Tower that suffered water and moisture damage. While making the repairs, Plaintiff also incurred expenses arising from the purchase of materials and employing labor.

9.       Upon completion of each stage of the work, Plaintiff provided invoices to Defendants. Defendants paid some, but not all of the invoices, for work performed from December 2021 to September 8, 2021.

10.      To date, Defendants have failed to pay the amounts due under the invoices.  A balance remains of $740,303.41 for work performed, which is now past due.

11.      Pursuant to the Contract, Plaintiff is entitled to attorneys' fees in any action to enforce the Contract.

## COUNT I

## BREACH OF CONTRACT

12.    Plaintiff adopts and incorporates all paragraphs of the Complaint by reference as if fully set forth herein.

13.    Defendants entered into a Contract with Plaintiff for the construction provided to Island Tower.

14.    Defendants owe Plaintiff for the work performed under the Contract.

15.    Defendants have breached the Contract by failing to pay for the services rendered under contract.

**WHEREFORE,** Plaintiff demands judgment against Defendants, inclusive of accrued interest, attorneys' fees and costs incurred in bringing this action, and for such further relief as this Court deems just and proper.

## COUNT II

## UNJUST ENRICHMENT/QUANTUM MERUIT

16.    Plaintiff adopts and incorporates all paragraphs of the Complaint by reference as if fully set forth herein.

17.    Plaintiff conferred a benefit upon Defendants by providing the contracted -for services to Defendants, which directly benefited the Defendants.

18.    Defendants appreciated, accepted, and retained the benefits Plaintiff conferred upon Defendants.

19.    It would be inequitable for Defendants to retain the benefits conferred by Plaintiff without paying fair value for the benefits conferred.

3

20.    Defendants therefore owe Plaintiff the value for the goods and services provided to Defendants for which Defendants have failed and/or refused to pay.

WHEREFORE, Plaintiff demands judgment against Defendants for the costs and expenses incurred in providing said benefits to Defendants and for its attorneys' fees and costs in pursuing this action as well as such further relief as this Court deems just and proper.

/s/ *Jack P. Russell*
JACK P. RUSSELL (RUS054)
PATRICK WARD (WAR080)
*Counsel for Plaintiff,*
*Claremont Property Company, Inc.*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue N, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jrussell@handfirm.com

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL:**

Island Tower Owners Association, Inc.
P.O. Box 851
Gulf Shores, Alabama 36547



AlaFile E-Notice

05-CV-2022-900276.00

To:  JACK P RUSSELL
     jrussell@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.
05-CV-2022-900276.00

The following alias summons was FILED on 5/2/2022 3:09:28 PM

Notice Date:     5/2/2022 3:09:28 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2022-900276.00

To: ISLAND TOWER OWNERS ASSOCIATION INC.
GEORGE IRVINE, AS COUNSEL
8820 US HWY 90
DAPHNE, AL, 36526

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.
05-CV-2022-900276.00

The following alias summons was FILED on 5/2/2022 3:09:28 PM

Notice Date:     5/2/2022 3:09:28 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2022-900276.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**CLAREMONT PROPERTY COMPANY V. ISLAND TOWER OWNERS ASSOCIATION INC.**

**NOTICE TO:** ISLAND TOWER OWNERS ASSOCIATION INC., GEORGE IRVINE, AS COUNSEL 8820 US HWY 90, DAPHNE, AL 36526

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JACK P RUSSELL

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1801 5TH Avenue North, Ste. 400, BIRMINGHAM, AL 35203

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CLAREMONT PROPERTY COMPANY pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 05/02/2022 | /s/ JODY L. WISE | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JACK P RUSSELL

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

_____          _____          _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*