


## ALABAMA LICENSING BOARD FOR
# General Contractors

Calendar    Board Info    Contact Us    Home

- How to Apply
- Renewal Info
- Reciprocity
- Forms
- Testing
- License Roster
- Law
- Rules & Regulations
- FAQs
- Related Links
- Consumer Info

### License Roster Search

**EXHIBIT 1**

Enter your search criteria in the fields below

License Number

Try searching on License Number only first. Then try the other fields if you cannot find what you are looking for.

Name: Claremont Property Company

City                 Specialty

State: AL         Phone Number

[ Search ]  [ Reset ]

**No records found! - Search again**

NOTE: If you searched for the Company Name, try searching for the License Number instead.

Call the General Contractor's Board to VERIFY your results - especially if you have received no entries in the database. Just because no results were returned, **does not** mean that the company you searched for is not licensed. Please see the disclaimer on the search page.

**IMPORTANT DISCLAIMER:** This database information is current as of date specified on the search page. It **does not** include information received after this date, so it may slightly differ from the complete master listing at the General Contractors Licensing Board. Since this information may not be complete, it is **NOT OFFICIAL**, please contact the Board to verify search results if you are unsure and require clarification or if you do not find the information you seek.

Alabama Licensing Board for General Contractors - 445 Dexter Ave, Suite 3060 Montgomery, AL 36104
Phone: (334) 272-5030 - Fax: (334) 395-5336 | Statements & Policies




ALABAMA LICENSING BOARD FOR
# General Contractors

Calendar    Board Info    Contact Us    Home

**How to Apply**

**Renewal Info**

**Reciprocity**

**Forms**

**Testing**

**License Roster**

**Law**

**Rules & Regulations**

**FAQs**

**Related Links**

**Consumer Info**

## License Roster Search

**EXHIBIT 2**

Enter your search criteria in the fields below

**License Number**

Try searching on License Number only first. Then try the other fields if you cannot find what you are looking for.

**Name** Texas Claremont Property Co

**City**                                         **Specialty**

**State** AL                                    **Phone Number**

[Search] [Reset]

**No records found! - Search again**

NOTE: If you searched for the Company Name, try searching for the License Number instead.

Call the General Contractor's Board to VERIFY your results - especially if you have received no entries in the database. Just because no results were returned, **does not** mean that the company you searched for is not licensed. Please see the disclaimer on the search page.

**IMPORTANT DISCLAIMER:** This database information is current as of date specified on the search page. It **does not** include information received after this date, so it may slightly differ from the complete master listing at the General Contractors Licensing Board. Since this information may not be complete, it is **NOT OFFICIAL**, please contact the Board to verify search results if you are unsure and require clarification or if you do not find the information you seek.

Alabama Licensing Board for General Contractors - 445 Dexter Ave, Suite 3060 Montgomery, AL 36104
Phone: (334) 272-5030 - Fax: (334) 395-5336 | Statements & Policies